# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE MANUEL MACIAS REZA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:21-MJ-1192<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  December 21, 2021  in the county of  Knox  in the  Eastern  District of  Tennessee , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841 (b)(1)(A) | Conspiracy to distribute and possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

Please see the Affidavit of DEA TFO Jeremiah S. Johnson which is attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFO Jeremiah Johnson
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/2021

*Judge's signature*

City and state:  Knoxville, Tennessee   Debra C. Poplin, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT
## UNDER SEAL

I, Jeremiah S. Johnson, being duly sworn, depose and state as follows:

1. I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), United States Department of Justice. I have been a TFO with the DEA since April 2009, and I am presently assigned to the Knoxville District Office ("KDO"). I am also employed by the Knox County Sheriff's Office ("KCSO") and have been so employed since October 2005. Initially I worked as a corrections officer with the KCSO. In July 2007, prior to my assignment as a TFO, I was assigned to the narcotics division of the KCSO. I participated in numerous narcotics investigations, initially assisting with surveillance and working with electronics such as body wires and computers used to assist in investigations. In August 2008, I attended the KCSO Regional Training Academy and became a certified patrol officer, remaining in the narcotics division. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. Except as noted herein, all of the information contained in this affidavit is either known to me personally, has been told to me by another law enforcement officer, or I have obtained through reading investigative reports prepared by other law enforcement officers. Moreover, this affidavit does not contain all of the information known to me or law enforcement about this investigation.

3. This affidavit is submitted in support of a Complaint for violations of 21 U.S.C. §§ 841 and 846, conspiracy to distribute and possess with intent to distribute cocaine by Jose Manuel Macias Reza (REZA).

4. On December 20, 2021, agents with the Drug Enforcement Administration (DEA) received information from a court ordered authorized T-III interception of Oscar Cruz Ramierz's ("O. CRUZ") phone (865) 282-1753 (TARGET TELEPHONE 5), that a shipment of suspected narcotics was being delivered to the DTO and to Gustavo Cruz Ramirez ("G. CRUZ"). The shipment would be received at "the shop" which is located at 210 East Inskip Drive, Knoxville, Tennessee (TARGET LOCATION 1).

5. On December 20, 2021, at approximately 9:00 p.m., agents initiated surveillance of TARGET LOCATION 1. On December 21, 2021, at approximately 12:35 a.m., a tractor trailer backed in near the south parking lot of TARGET LOCATION 1 and parked. At approximately 12:38 a.m., agents observed G. CRUZ in his truck traveling from the area of his residence located at 125 Tillery Road, Lot 19, Knoxville, Tennessee. At approximately 12:40 a.m., G. CRUZ pulled into the parking lot of TARGET LOCATION 1, entered TARGET LOCATION 1 briefly and then exited TARGET LOCATION 1. At approximately 12:42 a.m., G. CRUZ got in his vehicle and drove to the south parking lot and stopped near the tractor trailer truck. Approximately 1 minute later, G. CRUZ departed and traveled to 5015 Schubert Road, Knoxville, Tennessee (TARGET LOCATION 2). G. CRUZ arrived at approximately 12:45 a.m. and entered TARGET LOCATION 2 briefly and then exited and left in his truck.

6. A short time later, agents observed the tractor trailer depart TARGET LOCATION 1. Agents followed the tractor trailer and observed the tractor trailer enter onto Interstate 75 North. At approximately 12:58 a.m., a Knoxville Police Department ("KPD") Officer conducted a traffic stop of the tractor trailer on Interstate 75 near Callahan Road. The officer approached the vehicle and the driver was initially detained. The driver was identified as REZA. A KPD K-9 Officer arrived on the scene and performed a K-9 sniff. The K-9 alerted to

the vehicle. During a search of the cab of the tractor trailer, officers found a partially opened duffle bag in the sleeper bunk. The officer picked up the bag and could tell that it was heavy. A search of the bag revealed clothing and underneath the clothing were multiple packages wrapped in gray duct tape. The packages were removed from the bag and it was determined the packages contained U.S. Currency, approximately $200,000 to $300,000. Also located inside the duffel bag was the identification card of the REZA.

7. REZA was transported to the DEA office, was advised of his rights, and agreed to speak with agents. REZA stated he received money from an individual located in the area of 200 East Inskip Drive, Knoxville, Tennessee, but he did not give the individual anything. REZA was shown a photograph of G. CRUZ and confirmed he received the money from G. CRUZ. Later in the interview, REZA admitted he was not being truthful. REZA stated he was directed by an individual known as "El Negro" to bring two bags of cocaine from El Paso, Texas, and deliver it to TARGET LOCATION 1. REZA further stated he was instructed to receive packaged money labeled A through K, which was in the tractor trailer REZA was driving. REZA stated this was the first time he had done this and was only doing it because he had been threatened by individuals in Mexico.

8. On December 21, 2021, agents executed search warrants at TARGET LOCATION 1 and TARGET LOCATION 2 and found approximately 64 kilograms of suspected cocaine.

9. Based on the forgoing, there is probable cause to believe that REZA did combine, conspire, confederate, and agree with one another and others to knowingly, intentionally and without authority, distribute and possess with intent to distribute 5 kilograms or more of cocaine,

a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

Executed the  21  December, 2021, in Knoxville, Tennessee, located within the Eastern District of Tennessee.

_____
Jeremiah S. Johnson
Task Force Officer
Drug Enforcement Administration

Subscribed and sworn to before me on the  21  December, 2021.

_____
DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE